1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  SALEH ALI, individually and as the
adminstrator of the Estate of Naser Ali Solis,            No. C  07-04718 (EMC)

12
              Plaintiff(s),                    **DECLINATION TO PROCEED BEFORE**
13                                             **A MAGISTRATE JUDGE**
        v.                                     **AND**
14  CITY OF HAYWARD, LLOYD LOWE, JASON         **REQUEST FOR REASSIGNMENT TO A**
    CORSOLIINI, and DOES 1-20                  **UNITED STATES DISTRICT JUDGE**
15
              Defendant(s).
16  _____/

17       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
         The undersigned party hereby declines to consent to the assignment of this case to a United
19
    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
    a United States District Judge.
21
22
    Dated: 10/31/07                          Signature_____
23
                                             Counsel for  Defendants
24                                           (Plaintiff, Defendant, or indicate "pro se")
25
26
27
28