**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT
8                          NORTHERN DISTRICT OF CALIFORNIA
9
SALEH ALI, etc.,                                    Case No. 07-4718 EMC
10
11                  Plaintiff,
12          v.
13  CITY OF HAYWARD, et al.,
14                  Defendants.
15  _____/
16
17                   **NOTICE OF IMPENDING REASSIGNMENT TO**
18                   **A UNITED STATES DISTRICT COURT JUDGE**
19          The Clerk of this Court will now randomly reassign this case to a United States District Judge
20  because either:
21          ( x )   One or more of the parties has requested reassignment to a United States District
22
23  Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
24          (   )   One or more of the parties has sought a type of judicial action (e.g., a temporary
25  restraining order) that a United States Magistrate Judge may not take without the consent of all
26  parties, the necessary consents have not been secured, and time is of the essence.
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

    Any matters presently set before Magistrate Judge Chen, will be taken off calendar and

counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new

date.

Dated:  November 1, 2007                                    Richard W. Wieking, Clerk
                                                                          United States District Court


                                                                          _____

                                                                          By: Betty Fong, Deputy Clerk