**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**November 2, 2007**

**CASE NUMBER:  CV 07-04718 EMC**
**CASE TITLE:  SALEH ALI-v-CITY OF HAYWARD**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the   division.

**Honorable**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials  immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date:

*Richard W. Wieking*