UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SALEH ALI,

        Plaintiff,

  v.

CITY OF HAYWARD et al,

        Defendant.

Case Number: CV07-04718 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Issa J. Michael
Wright, Robinson, Osthimer & Tatum
44 Montgomer Street
18th Floor
San Francisco, CA 94104-4705

Yosef Peretz
Kletter & Peretz
1 Embarcadero Center
Suite 1200
San Francisco, CA 94111-3617

Dated: November 6, 2007

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk