# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SALEH ALI, individually and as
Administrator of the Estate of NASIR ALI
SOLIS
              Plaintiff(s),

          v.

CITY OF HAYWARD, LLOYD LOWE,
JASON CORSOLINI, and DOES 1-25,
              Defendant(s).

CASE NO.  C 07-04718(EMC)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
       Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
            the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

✓    other requested deadline  120 days after action is consolidated with related action _____

Dated: 11/28/07

Dated: 11/1/07

_____
Attorney for Plaintiff

_____
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
other

IT IS SO ORDERED.


Dated: _____                _____

                                         UNITED STATES MAGISTRATE JUDGE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| YOSEF PERETZ  SBN 209288<br>KLETTER & PERETZ<br>ONE EMBARCADERO CENTER<br>SUITE 1200<br>SAN FRANCISCO CA 94111 | 415-732-3736<br><br>Ref. No. or File No.<br>Ali | |

ATTORNEY FOR   Plaintiff

Insert name of court and name of judicial district and branch if any.

District Court Northern District, Oakland
1301 Clay ST #400 South Oakland CA 94612

SHORT TITLE OF CASE:

SALEH ALI v CITY OF HAYWARD

| INVOICE NO.<br>571790 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>C0704718 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED THE:

SUMMONS
CIVIL CASE COVER SHEET
COMPLAINT
ORDER

ON: CITY OF HAYWARD - CITY CLERK

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:
777 B. STREET, 4TH FLOOR
HAYWARD CA 94541
ON: 09/25/07  AT: 1:30 PM

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
JANE DOE
WHOSE RELATIONSHIP/TITLE IS: RECEPTIONIST

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: POOJA BHAKTA          FEE FOR SERVICE:     49.50

RAPID LEGAL, INC.                    d.  Registered California process server
1199 MONTEREY PARK ROAD              (1) [ X ] Employee or [   ] Independent Contractor
MONTEREY PARK, CA 91754              (2) Registration No. 1003
323-526-7300 FAX 323-526-7377        (3) County: ALAMEDA
                                     (4) Expiration: 09/16/09

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 09/28/07                    >
                                 SIGNATURE