MICHAEL J. O'TOOLE (SBN 97779)
City Attorney
RANDOLPH S. HOM (SBN 152833)
Assistant City Attorney
CITY OF HAYWARD
777 "B" Street
Hayward, California 94541
Telephone: (510) 583-4450
Facsimile:  (510) 583-3660

Attorneys for Defendants City of Hayward,
Lloyd Lowe, and Jason Corsolini

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JOYA, individually, and as Administrator of the Estate of NASIR SOLIS<br><br>Plaintiffs,<br><br>-vs-<br><br>CITY OF HAYWARD, et al.,<br><br>Defendants. | Case No:.  C 07 -04739 (SI)<br><br>(PROPOSED) ORDER<br><br>Date:         N/A<br>Time:         N/A<br>Crtrm.:        N/A |

_____

    Plaintiff's administrative motion to determine whether the within case is related to <u>Saleh Ali v. City of Hayward, et al.</u>, United States District Court Case No. C 07-04718, came on for the Court's consideration, without hearing, on _____, at \_\_\_\_\_ a.m., in Courtroom \_\_, of the above-referenced court.

    IT IS HEREBY ORDERED that:

    A.    Plaintiff's action in _____ is hereby dismissed with prejudice.


DATED: December \_\_, 2007          _____
                                   JUDGE OF THE UNITED STATES DISTRICT COURT