| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| YOSEF PERETZ  SBN 209288<br>KLETTER & PERETZ<br>ONE EMBARCADERO CENTER<br>SUITE 1200<br>SAN FRANCISCO CA 94111 | 415-732-3736<br><br>Ref. No. or File No.<br>Ali | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, Oakland
1301 Clay ST #400 South Oakland CA 94612

SHORT TITLE OF CASE:
SALEH ALI v CITY OF HAYWARD

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 571790 | | | | C0704718 |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED THE:

SUMMONS
CIVIL CASE COVER SHEET
COMPLAINT
ORDER

ON: CITY OF HAYWARD - CITY CLERK

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:
777 B. STREET, 4TH FLOOR
HAYWARD CA 94541
ON: 09/25/07  AT: 1:30 PM

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
JANE DOE
WHOSE RELATIONSHIP/TITLE IS: RECEPTIONIST

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: POOJA BHAKTA          FEE FOR SERVICE:    49.50

RAPID LEGAL, INC.
1199 MONTEREY PARK ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ X ] Employee or [   ] Independent Contractor
(2) Registration No. 1003
(3) County: ALAMEDA
(4) Expiration: 09/16/09

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 09/28/07                          > SIGNATURE  [signature]