**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 21, 2007**

**C-07-4718 and C-4739**

## SALEH ALI v. CITY OF HAYWARD
## MARIA JOYA v. CITY OF HAYWARD

Attorneys:     Yosef Peretz                    Randolph Hom

               Ben Nisenbaum

Deputy Clerk: **Frank Justiliano**          Reporter: **None**

**PROCEEDINGS:**                                                         **RULING:**

1. _____     _____

2. _____     _____

3. _____     _____

4. _____     _____

     ( ) Status Conference     ( ) P/T Conference     ( X ) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Counsel for City to provide investigative report to plaintiff's counsel within one week. Parties to meet and confer and notify the Court by 1/11/08, in the form of a letter, as to the mediation process selected.

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____
        ( )By Court        ( )Parties to approach Chief Magistrate in future

(X) CASE CONTINUED TO  4/18/08 at 8:30 a.m.   for _____

Discovery Cut-Off _____     Expert Discovery Cut-Off _____

Plntf to Name Experts by _____       Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                        Type of Trial: ( )Jury   ( )Court

Notes: _____