Yosef Peretz
Cary S. Kletter
KLETTER & PERETZ
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 732-3777
Fax: (415) 372-3791
E-mail: yp@kletterperetz.com
          csk@kletterperetz.com

Issa J. Micahel (SBN 184256)
THE MICHAEL LAW FIRM
1648 Union Street, Suite 201
San Francisco, CA  94123
Telephone:  (415) 447-2833
Facsimile:   (415) 447-2834
E-mail: IMichaelESQ@yahoo.com

Attorneys for Plaintiff
SALEH ALI

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEH ALI, individually and as the administrator of the estate of NASER ALI SOLIS<br><br>Plaintiff,<br>vs.<br>CITY OF HAYWARD; LLOYD LOWE, in his capacity as Chief of Police for the CITY OF HAYWARD; JASON CORSOLINI, individually and in his capacity as an officer for the CITY OF HAYWARD; and DOES 1-20, inclusive,<br><br>Defendants. | Civil Case No. C 07-04718 CRB<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

As an attorney for Plaintiff SALEH ALI, I hereby request that the following name and address be added to the official mailing matrix and that notice of all proceedings be mailed or served electronically to:

1  Cary S. Kletter
   Kletter & Peretz
2  One Embarcadero Center, Suite 1200
   San Francisco, CA 94403
3  csk@kletterperetz.com

4

5

6

7  Dated: December 21, 2007            KLETTER & PERETZ

8

9
                                       By: _____
10                                         Cary S. Kletter
                                           Attorneys for Plaintiff SALEH ALI
11