JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200     Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEH ALI, individually, and as Administrator of the Estate of NASIR SOLIS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF HAYWARD, et al, <br><br> Defendants. <br> _____ / | Case No. C 07 04718 CRB  (consolidated with C 07 04739 CRB) <br><br> **ADMINISTRATIVE MOTION TO EXTEND DATE FOR ADR COMPLIANCE** |

MARIA JOYA, individually, and as Administrator of the Estate of NASIR SOLIS,

   Plaintiff,

   vs.

CITY OF HAYWARD, a municipal corporation; LLOYD LOWE, in his capacity as Chief of Police for the CITY OF HAYWARD; JASON CORSOLINI, individually and in his capacity as an officer for the CITY OF HAYWARD; and DOES 1-25, inclusive,

   Defendants.
   _____ /

Administrative Motion and (proposed) Order extending date for DADR Compliance                                        1

Pursuant to Local Rule 7-11, the parties jointly file this stipulated motion to continue the date by which the parties are to complete ADR. The parties are presently required, pursuant to the Court's Order, to complete ADR by March 3, 2008. Due to factors including the selection of an ADR neutral and the need to gather further information, the parties jointly request an extension of time to complete ADR, up to May 2, 2008.

Dated:  January 24, 2008                             **The Law Offices of John L. Burris**

                                                     /s/ Benjamin Nisenbaum
                                                     Benjamin Nisenbaum
                                                     Attorneys for Plaintiff

Dated:  January 24, 2008                             **Law Offices of Kletter & Peretz**

                                                     /s Yosef Peretz
                                                     Yosef Peretz
                                                     Attorney for Plaintiff

Dated:  January 24, 2008                             **Michael J. O'Toole, City Attorney**

                                                     /s/ Randolph S. Hom
                                                     Randolph S. Hom
                                                     Assistant City Attorney
                                                     Attorney for Defendants

### (PROPOSED) ORDER

GOOD CAUSE SHOWN, the Court hereby grants the parties administrative motion to extend the date for ADR compliance in the above-entitled action to May 2, 2008.

IT IS SO ORDERED.

Dated:_____                                   _____
                                                     Honorable Charles R. Breyer
                                                     UNITED STATES DISTRICT JUDGE