```
 1  JOHN L. BURRIS, Esq./ State Bar #69888
    BENJAMIN NISENBAUM, Esq./State Bar #222173
 2  LAW OFFICES OF JOHN L. BURRIS
    Airport Corporate Centre
 3  7677 Oakport Street, Suite 1120
    Oakland, California 94621
 4  Telephone: (510) 839-5200      Facsimile: (510) 839-3882
    Email: john.burris@johnburrislaw.com
 5         bnisenbaum@gmail.com
 6
 7  Attorneys for Plaintiff
 8                  UNITED STATES DISTRICT COURT
 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  MARIA JOYA, individually, and as          Case No. C 07 04739 CRB
    Administrator of the Estate of NASIR SOLIS,
12                                            ADMINISTRATIVE MOTION AND
                                              (PROPOSED) ORDER EXTENDING TIME
13         Plaintiff,                         TO COMPLETE ADR AND CONTINUING
                                              CASE MANAGEMENT CONFERENCE
14      vs.
15  CITY OF HAYWARD, a municipal
    corporation; LLOYD LOWE, in his capacity as
16  Chief of Police for the CITY OF HAYWARD;
    JASON CORSOLINI, individually and in his
17  capacity as an officer for the CITY OF
    HAYWARD; and DOES 1-25, inclusive,
18
19         Defendants.
                                          /
20
21
22
          Pursuant to Local Rule 7-11, Plaintiffs file this stipulated motion to continue the date by
23
   which the parties are to complete ADR by 120 days, or until August 29, 2008.
24
          This Court previously ordered the parties to complete ADR by May 2, 2008. The parties
25
   request an additional 120 days to gather additional information to increase the likelihood that
26
   meaningful discussions can take place at mediation. The parties have conferred with their chosen
27
   mediator, who is amenable to the requested extension of time. The parties are mutually awaiting
28
```

1  complete responses to their respective Requests for Production of Documents. Depending on those
2  responses, Plaintiffs may or may not need to take the deposition of Defendant Officer CORSOLINI
3  in order to conduct meaningful settlement discussions.
4
5      Accordingly, the parties request that the Court extend the deadline by which the parties are to
6  complete ADR to August 29, 2008. Should the Court grant the extension, the parties request that the
7  Case Management Conference set for April 18, 2008, be continued to September 5, 2008, following
8  completion of ADR. Likewise the Court should similarly reset the deadline to complete ADR, and
9  the date for the next Case Management Conference in the related case, <u>Saleh Ali v. City of Hayward,</u>
10 <u>et al.</u>, United States District Court Case No. C 07 04718 (CRB)

11 Dated: April 11, 2008                    **The Law Offices of John L. Burris**

14                                          _____/s/_____
                                            Ben Nisenbaum
15                                          Attorney for Plaintiff

16 Dated: April 11, 2008                    MICHAEL S. LAWSON, City Attorney

18                                          By: _____/s/_____
19                                          RANDOLPH S. HOM,
                                            Assistant City Attorney
20                                          Attorneys for Defendants

21                                    ~~(PROPOSED)~~ ORDER

22     Pursuant to stipulation, and based on the need of the parties to conduct further discovery, the
23 Court hereby grants the parties' stipulation and orders that the parties complete ADR by August 29,
24 2008. In light of the extension to complete ADR, the Court hereby CONTINUES the case
25 management conference set for April 18, 2008, to September 5, 2008 at 8:30 a.m. in this Court.

27 Dated: April 14, 2008                    _____
28                                          HONORABLE CHARLES S. BREYER
                                            UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

ADMINISTRATIVE MOTION EXTENDING TIME TO COMPLETE ADR AND CONTINUING CMC    2