**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 05, 2008**

C-07-04718 CRB            **SALEH ALI v. CITY OF HAYWARD**
related case:
C-07-04739 CRB            **MARIA JOYA v. CITY OF HAYWARD**


Attorneys:    Yosef Peretz for Ali            Randall Hom


Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **Not Reported**
**PROCEEDINGS:**                                                        **RULING:**

1. Further Case Management Conference  - Held

2.

3.

**ORDERED AFTER HEARING:**

The Court sets a further case management conference to allow time for parties to mediate and grants an extension of time for mediation to November 7, 2008.

(  ) ORDER TO BE PREPARED BY:    Plntf _____ Deft _____ Court _____

(  ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO November 7, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____             Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____    Set for _____ days
                Type of Trial:  ( )Jury    ( )Court

Notes: