MICHAEL S. LAWSON (SBN 048172)
City Attorney
RANDOLPH S. HOM (SBN 152833)
Assistant City Attorney
CITY OF HAYWARD
777 "B" Street
Hayward, California 94541
Telephone: (510) 583-4450
Facsimile: (510) 583-3660

Attorneys for Defendants City of Hayward,
Lloyd Lowe, and Jason Corsolini

JOHN L. BURRIS
BEN NISENBAUM
LAW OFFICE OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621

Attorneys for Plaintiff Maria Joya

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JOYA, individually, and as Administrator of the Estate of NASIR SOLIS,<br><br>Plaintiffs,<br><br>-vs-<br><br>CITY OF HAYWARD, a municipal corporation; LLOYD LOWE, in his capacity as Chief of Police for the CITY OF HAYWARD; JASON CORSOLINI, individually and in his capacity as an officer of the HAYWARD POLICE,<br><br>Defendants._____/ | Case No:. C 07 04739 (CRB) |
| SALEH ALI, individually, and as Administrator of the Estate of NASIR ALI SOLIS,<br><br>Plaintiffs,<br>-vs-<br><br>CITY OF HAYWARD, et al.,<br><br>Defendants._____/ | Case No. C 07 04718(CRB) [Related]<br><br>STIPULATION RE: PRETRIAL SCHEDULE; ~~PROPOSED~~ ORDER |

As per the court's direction at the Joint Case Management Conference on April 10, 2009, the parties through their respective counsel stipulate to the foregoing pretrial schedule:

    A. Discovery Cut-Off (Non-Expert): February 5, 2010

    B. Disclosure of Experts:           March 8, 2010

    C. Disclosure of Expert Reports:    March 12, 2010

    D. Discovery Cut-Off (Experts):     April 1, 2010

DATED: January 29, 2010           LAW OFFICES OF JOHN L. BURRIS

By:             /s/_____
       BEN NISENBAUM
       Attorney for Plaintiff Maria Joya

DATED: January 29, 2010           MICHAEL S. LAWSON, City Attorney

By:            /s/_____
       RANDOLPH S. HOM,
       Assistant City Attorney
       Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: \_\_ February 2, 2010 _____     _____
                                                      The Honorable Charles R. Breyer
                                                      United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*