JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200      Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEH ALI, individually and as the administrator of the estate of NASER ALI SOLIS<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HAYWARD; LLOYD LOWE, in his capacity as Chief of Police for the CITY OF HAYWARD;  JASON CORSOLINI, individually and in his capacity as an officer for the CITY OF HAYWARD; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 07 04718 CRB and related Case Case No. C 07 04739 CRB<br><br>**STIPULATION AND (PROPOSED) ORDER EXTENDING DATES TO FILE RESPONSIVE PLEADINGS** |
| MARIA JOYA, individually, and as Administrator of the Estate of NASIR SOLIS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HAYWARD,  a municipal corporation; LLOYD LOWE, in his capacity as Chief of Police for the CITY OF HAYWARD; JASON CORSOLINI, individually and in his capacity as an officer for the CITY OF HAYWARD; and DOES 1-25, inclusive,<br><br>Defendants.<br>_____/ | |

TO THE COURT AND PARTIES in the above-entitled action:

On Wednesday, February 17, 2010, the parties mediated both of the above-noted related actions, resulting in a proposed settlement subject to approval by the City Council of Defendant CITY OF HAYWARD. On February 19, 2010, Defendants filed a motion for summary judgment to be heard on March 26, 2010. The proposed settlement was rejected by the Hayward City Council at its closed session meeting on March 2, 2010.

The parties agreed to extend Plaintiffs' date to file oppositions to Defendants' Motion for Summary Judgment by one week in the event the City Council rejected the proposed settlement. Currently, Plaintiffs' Opposition is due to be filed on March 5, 2010. The parties stipulate that Plaintiffs Opposition shall be filed on March 12, 2010, with Defendants' Reply Brief due on March 19, 2010. No other dates shall be affected by this stipulation.

Dated: March 5, 2010                          The Law Offices of John L. Burris

                                                        /s/ Benjamin Nisenbaum
                                                        Benjamin Nisenbaum
                                                        Attorney for Plaintiff
                                                        MARIA JOYA

Dated: March 5, 2010                          Kletter Law Firm

                                                        /s/ Cary Kletter
                                                        Cary Kletter
                                                        Attorney for Plaintiff
                                                        SALEH ALI

Dated: March 5, 2010                          MICHAEL S. LAWSON, City Attorney

                                                        By: /s/
                                                        RANDOLPH S. HOM,
                                                        Assistant City Attorney
                                                        Attorneys for Defendants

# (~~PROPOSED~~) ORDER

Pursuant to stipulation, Plaintiffs shall respond to Defendants' Motion for Summary Judgment (Opposition) by March 12, 2010. Defendants shall file their responsive pleading by March 19, 2010. No other dates shall be affected by this Order.

IT IS SO ORDERED.

Dated: March 10, 2010    _____
HONORABLE CHARLES S. BREYER
UNITED STATES DISTRICT JUDGE

