| | |
|---|---|
| 1 | MICHAEL S. LAWSON (SBN 048172)<br>City Attorney |
| 2 | RANDOLPH S. HOM (SBN 152833)<br>Assistant City Attorney |
| 3 | CITY OF HAYWARD<br>777 "B" Street |
| 4 | Hayward, California 94541<br>Telephone: (510) 583-4450 |
| 5 | Facsimile:  (510) 583-3660 |
| 6 | Attorneys for Defendants City of Hayward,<br>Lloyd Lowe, and Jason Corsolini |
| 7 | |
| 8 | JOHN L. BURRIS<br>BEN NISENBAUM |
| 9 | LAW OFFICE OF JOHN L. BURRIS<br>Airport Corporate Centre |
| 10 | 7677 Oakport Street, Suite 1120<br>Oakland, CA   94621 |
| 11 | Attorneys for Plaintiff Maria Joya |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | MARIA JOYA, individually, and as<br>Administrator of the Estate of NASIR SOLIS, | Case No:. C 07 04739 (CRB) |
| 15 | | |
| 16 | Plaintiffs, | |
| 17 | -vs- | |
| 18 | CITY OF HAYWARD, a municipal corporation;<br>LLOYD LOWE, in his capacity as Chief of<br>Police for the CITY OF HAYWARD; JASON | |
| 19 | CORSOLINI, individually and in his capacity as<br>an officer of the HAYWARD POLICE, | |
| 20 | | |
| 21 | Defendants.<br>_____/ | |
| 22 | | |
| 23 | SALEH ALI, individually, and as Administrator<br>of the Estate of NASIR ALI SOLIS, | Case No. C 07 04718(CRB) [Related] |
| 24 | Plaintiffs, | STIPULATION RE: DEFENDANTS'<br>DEPOSITION OF PLAINTIFFS' EXPERT |
| 25 | -vs- | WITNESSES; ~~PROPOSED~~ ORDER |
| 26 | CITY OF HAYWARD, et al., | |
| 27 | Defendants.<br>_____/ | |

Joya v. City of Hayward, et al.   Stipulation Re: Defendants' Deposition of Plaintiff's Expert Witnesses;Proposed
Case No. C-07-04739 (CRB)                     1                                                                    Order

1  Due to the unavailability of Plaintiffs' Expert Witnesses prior to the Expert Discovery Cut-Off of
2  April 1, 2010, the parties hereby stipulate to Defendants deposing Plaintiffs Expert Witnesses on
3  April 7, 2010.

5  DATED: March 30, 2010         LAW OFFICES OF JOHN L. BURRIS

7              By:      /s/
                     BEN NISENBAUM
                     Attorney for Plaintiff Maria Joya

9  DATED: March 30, 2010         MICHAEL S. LAWSON, City Attorney

11             By:      /s/
                     RANDOLPH S. HOM,
                     Assistant City Attorney
12                   Attorneys for Defendants

14 DATED: March 30, 2010          LAW OFFICES OF THE KLETTER FIRM

15             By:      /s/
                     CARY KLETTER
                     Attorney for Plaintiff Saleh Ali

17 DATED: March 30, 2010          LAW OFFICES OF THE MICHAEL FIRM

19             By:      /s/
                     ISSA MICHAEL
                     Attorney for Plaintiff Saleh Ali

21
   PURSUANT TO STIPULATION, IT IS SO ORDERED.

23 DATED: __April 2, 2010_____      _____
                                          The Honorable Charles R. Breyer
24                                        United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (seal, United States District Court, Northern District of California)*