IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEH ALI,<br>       Plaintiff,<br>   v.<br>JASON CORSOLINI,<br>       Defendant. | No. C 07-4718 CRB and Related Case<br>No. C 07-4739 CRB<br><br><br><br>**JUDGMENT** |
| MARIA JOYA,<br>       Plaintiff,<br>   v.<br>JASON CORSOLINI,<br>       Defendant. | |

Trial having been held in this matter and a verdict returned in the Defendant's favor, judgment is hereby entered in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 27, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE