**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALEH ALI

    Plaintiff,

v.

CITY OF HAYWARD,

    Defendant.
_____/

MARIA JOYA,

    Plaintiff,

v.

CITY OF HAYWARD,

    Defendant.
_____/

No. C-07-4718 CRB

No. C-07-4739 CRB

**ORDER**

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States.

Dated: April 28, 2010

                                  CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

N:\juryrefreshemnts\docs